Hattan v. The Nevada Mining Co.

ALVIN HATTAN, Respondent, v. NEVADA MINING COM-
PANY, Appellant.

**Kansas City Court of Appeals, April 14, 1890.**

**Appellate Practice:** ABSTRACT: APPEAL DISMISSED. Where the
appellant fails to file a printed abstract of the record setting forth
so much thereof as is necessary to a full understanding of the
question presented for appellate decision, the appeal will be dis-
missed.

*Appeal from the Jasper Circuit Court.*—HON. M. G.
McGREGOR, Judge.

APPEAL DISMISSED.

*William T. Green,* for the appellant.

*Robinson & Crow,* for the respondent.

SMITH, P. J.—The appellant has failed to file, as
required by rule 15, a printed abstract of the record,
setting forth so much thereof as is necessary to a full
understanding of the question presented by it for our
decision, in that there is a total omission to set out the
nature of the pleadings. No mention is made of the
petition, answer or other pleading, or of the substance
thereof. The meager abstract begins by stating that
appellant objected to the introduction in evidence of
the note sued upon, and that the trial court overruled
such objections and permitted it to be read, and to
which ruling it duly excepted. Unless we could see
the answer or in some way be made aware of its nature
or substance, of which there is not the slightest intima-
tion given in the abstract, how can we determine whether
the trial court erred in its said ruling? The answer, for
aught that appears before us, may have been of such

character as rendered the note admissible in the evidence. We must indulge every presumption in favor of the correctness of the ruling of the trial court, upon that question, in the absence of the record showing the contrary. If counsel, in preparing the abstracts of the record of their cases, which are brought here, would take the trouble to do so, in view of the few plain and simple rules governing the practice in this court, they would be enabled to obtain our ruling upon the questions presented by the record, and thus exempt us from the performance of a disagreeable duty.

Under rule 15, as we have construed and applied it again and again, the appeal in this case must be dismissed. *Moise v. Colcher*, 18 Mo. App. 693; *Foster v. Trimble*, 18 Mo. App. 395; *Kinney v. Springfield*, 35 Mo. App. 96; *Black v. Landis*, 35 Mo. App. 433; *Schultze v. Railroad*, 32 Mo. App. 438.

Let the appeal be dismissed. All concur.